FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Gurgen Movsesyan,<br><br>Defendant. | Case No.: CR 08-1495-AG<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of Calif.</u> for alleged violation(s) of the terms and conditions of his/her [probation] [(supervised release)]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.  ☒  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>unknown bail resources, use of two different names and dates of birth, two outstanding arrest warrants, unknown immigration status, born in foreign country, prior failure to appear, apparently left district w/out permission</u>

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 | and/or |
| 5 | B. ☒ The defendant has not met (his)/her burden of establishing by |
| 6 | clear and convincing evidence that (he)/she is not likely to pose |
| 7 | a danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based |
| 9 | on: recent drunk driving arrests, including one while |
| 10 | operating a truck and driving the wrong way down the turnpike and |
| 11 | another while operating a loaded tractor-trailer |
| 12 |   |
| 13 |   |
| 14 | IT THEREFORE IS ORDERED that the defendant be detained pending |
| 15 | the further revocation proceedings. |
| 16 |   |
| 17 | Dated: 12/20/12 /s/ Jean Rosenbluth |
| 18 | JEAN ROSENBLUTH<br>U.S. MAGISTRATE JUDGE |

2