FILED
CLERK, U.S. DISTRICT COURT
MAY 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GURGEN MOVSESYAN <br><br> Defendant. | Case No.: CR 08-1495-AG <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central Dist., CA</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. **X** The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on allegations that after prior S.R. revocation, he tested positive for drug use, and was terminated from residential drug program. Has attempted, but has not entered, another program; illegally in U.S.; no permanent residence


```
1  _____
2  _____
3  _____
4     and/or
5  B.  ( )  The defendant has not met his/her burden of establishing by
6          clear and convincing evidence that he/she is not likely to pose
7          a danger to the safety of any other person or the community if
8          released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9          on:_____
10 _____
11 _____
12 _____
```

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 5/29/14

_____
UNITES STATES MAGISTRATE JUDGE
PAUL L. ABRAMS